United States District Court
Southern District of Texas
**ENTERED**
September 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELEN RODRIGUEZ, individually and on behalf of others similarly situated, | * * * |
| Plaintiff, | * Civil Action No.: 4:21-cv-01968 |
| vs. | * * * |
| EMERALD TOTAL CARE, LLC | * * |
| Defendant. | * * |

## ORDER

It is ORDERD that all claims in this matter, including, without limitations, Plaintiff's claims against Defendant, Emerald Total Care, LLC, are dismissed with prejudice. It is further ORDERED that all costs, including attorneys' fees and expenses, shall be taxed against the party incurring the same. This is a final judgment.

All relief not expressly granted is DENIED.

SIGNED in Houston, Texas, on this **2nd** day of **September**, 2021.

_____
UNITED STATES DISTRICT JUDGE